UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Chapter 11

In Re:
                                                                Case #: 1-18-47256-cec
4921 12TH AVENUE LLC,

       Debtor
------------------------------------------------------------X   Adv. Proc. #: 1-19-01120-cec
Mark Frankel as Plan Administrator for 4921 12th
Avenue, LLC,

       Plaintiff                                          **NOTICE OF APPEARANCE**

--against—

Yehuda Salamon, David Salamon, Yidel's Shopping Cart, Inc., E-Commerce Expand, LLC, Yidel's Online Food Station, LLC, Yidels Shopping Cart, Inc. d/b/a Riverstone Group, Riverstone, USA, LLC, "John Doe No. 1 through John Doe No. 10", inclusive, the last ten names being fictitious and unknown to plaintiff, persons or parties intended being persons, corporations or others, being the current and/or former tenants or occupants of the Debtor's real property located at 4917-4921 12th Avenue, Brooklyn, New York, and Ultimate Oppurtunities, LLC a/k/a Ultimate Opportunities, LLC

       Defendant

------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court, and

hereby appears as Counsel of record for Defendant **ULTIMATE OPPURTUNITIES, LLC**

**A/K/A ULTIMATE OPPORTUNITIES, LLC** in this proceeding and demand that you serve

all papers in this proceeding upon the undersigned at the office address stated herein.

Dated: Kew Gardens, New York
      March 23, 2020

                                    */s/ Btzalel Hirschhorn*
                                        Btzalel Hirschhorn, Esq.
         **Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
                         *Counsel for Defendant Ultimate Opportunities*

80-02 Kew Gardens Road, Suite 600<br>
Kew Gardens, NY 11415<br>
718-263-6800<br>
bhirschhorn@sbagk.com

<u>NOTICE TO:</u>
*Via ECF*

**David K. Fiveson, Esq.**
Butler Fitzgerald Fiveson & McCarthy, PC
9 East 45th Street, 9th Floor
New York, NY 10017

**Karamvir Dahiya, Esq.**
Dahiya Law Offices, LLC
75 Maiden Lane, Suite 506
New York, NY 10038

**Phillip Mahony, Esq.**
21-83 Steinway Street
Astoria, NY 11105