**Information to identify the case:**

Debtor: **4921 12th Avenue LLC**
Name

EIN **20–0581630**

United States Bankruptcy Court **Eastern District of New York**

Case number: **1–18–47256–reg**

Date case filed for chapter **11   12/20/18**

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on October 13, 2020 by Schuyler G. Carroll on behalf of Ultimate Opportunities, LLC, appealing Order Directing Vacatur of Commercial Premises and Order Denying Motion for Reconsideration., document number 128 & 148.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

1. Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues
2. Appellee Designation of Contents for Inclusion in Record of Appeal
3. Transcript & Notice regarding the hearing held on 08/12/20. will be sent in a separate email

Dated: November 13, 2020

Robert A. Gavin, Jr., Clerk of Court

By: Amy Tenneriello

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]