# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: atennerie | Date Created: 11/13/2020 |
| Case: 1–18–47256–reg | Form ID: 770 | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| intp | Goldberg Weprin Finkel Goldstein LLP | |
| cr | Galster Funding LLC | |
| op | Mark Frankel as Plan Adminstrator for 4921 12th Avenue LLC | |
| intp | Yidel's Online Food Station, LLC | |
| intp | E–Commerce Expand, LLC | |
| intp | Yidel's Shopping Cart, Inc. d/b/a Riverstone Group | |
| intp | Yehuda I Salamon | |
| intp | Ultimate Opportunities, LLC | |

TOTAL: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Alla Kachan | alla@kachanlaw.com |
| aty | David K. Fiveson | dfiveson@bffmlaw.com |
| aty | J Ted Donovan | Tdonovan@gwfglaw.com |
| aty | Joseph Y. Balisok | bankruptcy@lawbalisok.com |
| aty | Karamvir Dahiya | karam@bankruptcypundit.com |
| aty | Mark A. Frankel | mfrankel@bfklaw.com |
| aty | Noah Weingarten | nweingarten@loeb.com |
| aty | Robert W Dremluk | rdremluk@culhanemeadows.com |
| aty | Schuyler G. Carroll | SCarroll@loeb.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | 4921 12th Avenue LLC | 4921 12th Avenue | Brooklyn, NY 11219 | | |
| cr | Old Republic National Title Insurance Company | | 521 5th Avenue | 23rd Floor | New York, NY 10175 UNITED STATES |
| intp | Culhane Meadows PLLC | 100 Park Avenue | 16th Floor | New York, NY 10017 | |

TOTAL: 3